## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                    CASE NO.  3:98CR47/LAC

ANDRE MOSES

**REFERRAL AND ORDER**

Referred to Senior Judge Collier on      August 14, 2007
Type of Motion/Pleading: <u>MOTION TO CLARIFY JUDGEMENT OF CONVICTION, MOTION TO CLARIFY ORDER OF COMMITMENT, & MOTION TO VACATE OR MODIFY SENTENCE</u>
Filed by: <u>DEFENDANT</u>           on 6/13/07     Document 189

(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
Deputy Clerk: MARY MALOY

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 16th day of August, 2007, that:

(a)  The requested relief is **DENIED** without prejudice.

(b)  The defendant's motion appears to be, at least in part, an attempt to bring a second or successive motion to vacate pursuant to 28 U.S.C. § 2255, and defendant has not obtained leave to file such a motion from the Eleventh Circuit. Defendant's attempt to suggest alternate jurisdictional bases for challenging his sentence are without merit.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.