**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                           CASE NO.  3:98CR47-003LAC

ANDRE MOSES

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  January 31, 2008
Motion/Pleadings:  LETTER / MOTION TO REDUCE SENTENCE (18 USC 3582)
Filed by  DEFENDANT PRO SE         on  1/31/2008        Doc.#  195

RESPONSES:
BY GOVERNMENT                            on 1/31/08           Doc.#  196
                                         on                  Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

                                                      WILLIAM M. McCOOL, CLERK OF COURT

                                                      *s/Mary Maloy*
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.  The retroactive application does not become effective until 3 March 2008.*

                                                        *s/L.A. Collier*
                                                        ***LACEY A. COLLIER***
                                        *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.