# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                 CASE NO. 3:98cr47 LAC

ANDRE MOSES

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 31, 2009
Motion/Pleadings: MOTION PURSUANT TO 18 U.S.C. § 3582
Filed by DEFT                on 12/4/09        Doc.# 205

RESPONSES:

                                      on          Doc.#
                                      on          Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of March, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) Although legislation has been introduced to Congress regarding the sentencing disparity between crack-to-powder cocaine, this legislation has not been enacted by Congress, and therefore does not provide the defendant a basis for relief. The defendant's motion for reduction of sentence is DENIED as premature.*

                                                           *s/L.A. Collier*
                                                           **LACEY A. COLLIER**
                                      *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.